# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:19-CR-00038 |
| | ) | REEVES/POPLIN |
| DANIEL RAY LOCKHART | ) | |

## O R D E R

Magistrate Judge C. Clifford Shirley filed a Report and Recommendation recommending the Court: (1) accept Defendant's plea of guilty to Count One of the Superseding Indictment; (2) adjudicate Defendant guilty of the charge set forth in Count One of the Superseding Indictment; and (3) find Defendant shall remain in custody until sentencing in this matter [Doc. 28]. Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 28] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the charge in Count One of the Superseding Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count One of the Superseding Indictment, that is, possession of a firearm after being

convicted of a felony, in violation of 18 U.S.C. § 922(g)(1); and

(3) Defendant **SHALL REMAIN IN CUSTODY** until sentencing in this matter.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**